# **<u>EXHIBIT 3</u>**


**WE DON'T JUST BUILD STRUCTURES, WE BUILD LANDMARKS**



DC: (202)636-4005
MD: (301)985-6080
PA: (412)361-8173



www.parkinsonconstruction.com
info@parkinsonconstruction.com

January 19, 2022

Hensel Phelps
Attn: Gerardo Batista
Gravity Axis Warehouse
Fort G Meade, MD

RE:  PCO-04A-CCD-1-062 – Stair low roof CMU reinforcement
      **PCCI Change Order No. 1**

Gerardo,

Enclosed herewith is Parkinson Construction's cost proposal for the changes referenced below.

Includes:

Reinforcement schedule at stair changed from #4@40" o.c. to #6@8" o.c. with #4 @32" o.c. bond beam.

In accordance with the attached, we request the issuance of your change order in the amount of ***Thirty Thousand, and Three Dollars and Forty-Eight Cents ($30,003.48)***

Sincerely,

Nigel Parkinson Jr.

Project Manager



**PARKINSON CONSTRUCTION COMPANY**

WE DON'T JUST BUILD STRUCTURES, WE BUILD LANDMARKS

| | | |
|---|---|---|
| **PROJECT NAME:** | Gravity Axis Warehouse | **DATE** 1/19/2022 |
| **CLIENT:** | Hensel Phelps | |
| **PCO#:** | | |
| **PARKINSON PCO#** | 1 - Stairs Rebar | |

| | DESCRIPTION | QUANTITY | UoM | UNIT COST | EXTENDED COST | TOTALS |
|---|---|---|---|---|---|---|
| **MATERIALS** | Rebar #4 | -358 | LFT | $0.68 | -$243.44 | |
| | Rebar #4 | 424 | LFT | $0.68 | $288.32 | |
| | Rebar #6 | 2072 | LFT | $1.45 | $3,004.40 | |
| | 8" CMU | -315 | Each | $1.33 | -$418.95 | |
| | 8" CMU Bond Beam | 315 | Each | $3.05 | $960.75 | |
| | Mortar | 0 | Bag | $0.00 | $0.00 | |
| | Grout | -2.71 | CY | $150.00 | -$406.50 | |
| | Grout | 13.40 | CY | $198.00 | $2,653.20 | |
| | Joint Reinforcement | -671 | LFT | $0.33 | -$221.43 | |
| | Joint Reinforcement | 671 | LFT | $0.61 | $409.31 | |
| | Epoxy Dowels | -14 | Each | $2.50 | -$35.00 | |
| | Epoxy Dowels | 70 | Each | $5.00 | $350.00 | |
| | Rebar Positioner | -28 | Each | $0.32 | -$8.96 | |
| | Rebar Positioner | 210 | Each | $0.35 | $73.50 | |
| | | | | | Subtotal | $6,405.20 |
| | | | | Misc. Anchors | 10% | $640.52 |
| | | | | Sales Tax | 6% | $422.74 |
| | | | | **Total Material Cost =** | | $7,468.46 |

| | | QUANTITY | UoM | UNIT COST | EXTENDED COST | TOTALS |
|---|---|---|---|---|---|---|
| **LABOR*** | Superintendent | 0 | Mhr | $0.00 | $0.00 | |
| | Foreman | 40 | Mhr | $37.00 | $1,480.00 | |
| | Bricklayer | 200 | Mhr | $35.00 | $7,000.00 | |
| | Mason Tender | 40 | Mhr | $25.69 | $1,027.60 | |
| | Scaffold Builder | 40 | Mhr | $25.69 | $1,027.60 | |
| | Equipment Operator | 40 | Mhr | $41.78 | $1,671.20 | |
| | Sawman | 40 | Mhr | $25.69 | $1,027.60 | |
| | Clean-up Labor/Common | 40 | Mhr | $25.69 | $1,027.60 | |
| | Engineer | 0 | Mhr | $0.00 | $0.00 | |
| | | | | | **Total Labor Cost =** | $14,261.60 |

| | | QUANTITY | UoM | UNIT COST | EXTENDED COST | TOTALS |
|---|---|---|---|---|---|---|
| **EQUIPMENT** | Delivery | 0 | LS | $800.00 | $0.00 | |
| | Scaffolding | 0 | Sq FT | $1.00 | $0.00 | |
| | Forklift | 40 | Hr | $35.50 | $1,420.00 | |
| | Pallet Jack | 40 | Hr | $13.75 | $550.00 | |
| | Mixer | 40 | Hr | $15.25 | $610.00 | |
| | Saw | 0 | Hr | $15.25 | $0.00 | |
| | | | | | Subtotal | $2,580.00 |
| | | | | | Sales Tax 0% | $0.00 |
| | | | | | **Total Equipment Cost** | $2,580.00 |

| | |
|---|---|
| **TOTAL DIRECT COST** | $24,310.06 |
| Overhead 10% | $2,431.01 |
| Profit 10% | $2,674.11 |
| Quantity Survey / Evaluation (Invoice Attached) | $0.00 |
| **SUBTOTAL** | $29,415.18 |
| Bond Cost 2% | $588.30 |
| | |
| **TOTAL COST OF CHANGE ORDER** | $30,003.48 |


WE DON'T JUST BUILD STRUCTURES, WE BUILD LANDMARKS

* Existing conditions are projected to cause lower than anticipated production. Lowered production count to compensate for production.

 

**PARKINSON**™
**CONSTRUCTION COMPANY**
WE DON'T JUST BUILD STRUCTURES, WE BUILD LANDMARKS

DC: (202)636-4005
MD: (301)985-6080
PA: (412)361-8173

www.parkinsonconstruction.com
info@parkinsonconstruction.com

January 19, 2022

Hensel Phelps
Attn: Gerardo Batista
Gravity Axis Warehouse
Fort G Meade, MD

RE:  PCO-04A-CCD-1-062 – Independent Storage
**PCCI Change Order No. 2**

Gerardo,

Enclosed herewith is Parkinson Construction's cost proposal for the changes referenced below.

Includes:

Independent storage changed from 8" cmu to 12" cmu.

In accordance with the attached, we request the issuance of your change order in the amount of ***Fifty-Six Thousand, and Thirty-Five Dollars and Twenty-Six Cents ($56,035.26)***

Sincerely,

Nigel Parkinson Jr.

Project Manager



**PARKINSON**
CONSTRUCTION COMPANY
WE DON'T JUST BUILD STRUCTURES, WE BUILD LANDMARKS

| | | |
|---|---|---|
| **PROJECT NAME:** | Gravity Axis Warehouse | **DATE**  1/19/2022 |
| **CLIENT:** | Hensel Phelps | |
| **PCO#:** | RFI .0040 | |
| **PARKINSON PCO#** | PCO# 2 -Independent Storage 8" CMU to 12" CMU | |

| | DESCRIPTION | QUANTITY | UoM | UNIT COST | EXTENDED COST | TOTALS |
|---|---|---|---|---|---|---|
| **MATERIALS** | Rebar #4 | -936 | LFT | $0.68 | -$636.48 | |
| | Rebar #4 | 2184 | LFT | $0.68 | $1,485.12 | |
| | 8" CMU | -6831 | Each | $1.33 | -$9,085.23 | |
| | 12" CMU | 6831 | Each | $2.95 | $20,151.45 | |
| | Mortar | 0 | Bag | $0.00 | $0.00 | |
| | Grout | -6.97 | CY | $150.00 | -$1,045.50 | |
| | Grout | 26.54 | CY | $198.00 | $5,254.92 | |
| | Joint Reinforcement 8" | -4577 | LFT | $0.33 | -$1,510.41 | |
| | Joint Reinforcement 12" | 4577 | LFT | $0.55 | $2,517.35 | |
| | Epoxy Dowels | -18 | Each | $2.50 | -$45.00 | |
| | Epoxy Dowels | 24 | Each | $5.00 | $120.00 | |
| | Rebar Positioner 8" | -108 | Each | $0.32 | -$34.56 | |
| | Rebar Positioner 12" | 252 | Each | $0.40 | $100.80 | |
| | | | | | Subtotal | $17,272.46 |
| | | | | Misc. Anchors | 10% | $1,727.25 |
| | | | | Sales Tax | 6% | $1,139.98 |
| | | | | **Total Material Cost =** | | $20,139.69 |

| | | QUANTITY | UoM | UNIT COST | EXTENDED COST | |
|---|---|---|---|---|---|---|
| **LABOR\*** | Superintendent | 0 | Mhr | $0.00 | $0.00 | |
| | Foreman | 60 | Mhr | $37.00 | $2,220.00 | |
| | Bricklayer | 300 | Mhr | $35.00 | $10,500.00 | |
| | Mason Tender | 60 | Mhr | $25.69 | $1,541.40 | |
| | Scaffold Builder | 60 | Mhr | $25.69 | $1,541.40 | |
| | Equipment Operator | 60 | Mhr | $41.78 | $2,506.80 | |
| | Sawman | 60 | Mhr | $25.69 | $1,541.40 | |
| | Clean-up Labor/Common | 60 | Mhr | $25.69 | $1,541.40 | |
| | Engineer | 0 | Mhr | $0.00 | $0.00 | |
| | | | | **Total Labor Cost =** | | $21,392.40 |

| | | QUANTITY | UoM | UNIT COST | EXTENDED COST | |
|---|---|---|---|---|---|---|
| **EQUIPMENT** | Delivery | 0 | LS | $800.00 | $0.00 | |
| | Scaffolding | 0 | Sq FT | $1.00 | $0.00 | |
| | Forklift | 60 | Hr | $35.50 | $2,130.00 | |
| | Pallet Jack | 60 | Hr | $13.75 | $825.00 | |
| | Mixer | 60 | Hr | $15.25 | $915.00 | |
| | Saw | 0 | Hr | $15.25 | $0.00 | |
| | | | | | Subtotal | $3,870.00 |
| | | | | | Sales Tax 0% | $0.00 |
| | | | | **Total Equipment Cost** | | $3,870.00 |

| | |
|---|---|
| **TOTAL DIRECT COST** | $45,402.09 |
| Overhead 10% | $4,540.21 |
| Profit 10% | $4,994.23 |
| Quantity Survey / Evaluation (Invoice Attached) | $0.00 |
| **SUBTOTAL** | $54,936.53 |
| Bond Cost 2% | $1,098.73 |
| | |
| **TOTAL COST OF CHANGE ORDER** | $56,035.26 |

\* Existing conditions are projected to cause lower than anticipated production. Lowered production count to compensate for production



WE DON'T JUST BUILD STRUCTURES, WE BUILD LANDMARKS

Existing conditions are projected to cause lower than anticipated production. Lowered production count to compensate for production